# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. ~~SA~~ED CV 17-02386-CJC(SHKx)            Date: February 1, 2018

Title: <u>AMANDA HARROD V. BASS PRO OUTDOOR WORLD, L.L.C, DBA ISALMORADA FISH COMPANY, AND DOES 1 THROUGH 20.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Melissa Kunig</u> | <u>    N/A    </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TAKING PLAINTIFF'S MOTION TO REMAND UNDER SUBMISSION**

      Before the Court is Plaintiff's motion to remand. (Dkt. 9.) Having read and considered the papers presented by the parties with respect to Plaintiff's motion, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for February 5, 2018, at 1:30 p.m. is hereby vacated and off calendar. The Court takes this matter under submission and will issue a decision on the motion forthwith.

aa

MINUTES FORM 11
CIVIL-GEN                                                                     Initials of Deputy Clerk MKU